UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP, INC.; FUELED BY RAMEN, LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; and ZOMBA RECORDING LLC, | Case No. 1:18-CV-00957-CMH-TCB |
| Plaintiffs, | |
| v. | |
| TOFIG KURBANOV d/b/a FLVTO.BIZ and 2CONV.COM; And DOES 1-10, | |
| Defendants. | |

## DECLARATION OF TOFIG KURBANOV
## IN SUPPORT OF MOTION TO DISMISS

I, Tofig Kurbanov, declare and state as follows:

1.     My name is Tofig Kurbanov.  I am over the age of 18 years.  I make this declaration based upon personal knowledge and my review of business records.  All statements contained in this declaration are true and correct to the best of my knowledge.  If called as a witness, I could and would testify as to the facts set forth in this declaration.

2.     I was born in Rostov-on-Don in Russia.  I currently live in Rostov-on-Don in Russia.

1

3.      I have never been to the United States of America (including the Commonwealth of Virginia).

General Background on the Websites

4.      I operate the websites flvto.biz and 2conv.com (the "Websites").

5.      The Websites allow visitors to save the audio tracks from online videos to their computers without necessarily saving the video content as well.

6.      The functionality of the Websites is content neutral and there are substantial non-infringing reasons why users would utilize the Websites.  For example, professors or students might choose to download the audio portions of lectures for later reference and playback; bands may want to capture the audio tracks from their live performances that they have captured on video; parents may want the audio portion of a school concert that they recorded; or any other number of non-infringing uses.

7.      As the Websites themselves make clear, they can be used with a variety of websites other than YouTube from anywhere around the world.  Attached hereto as Exhibit 1 is a screenshot of the flvto.biz website taken on September 30, 2018 explaining that this is true.

No Business in Virginia or the United States

8.      Substantially all of the work that I have done for the Websites I have done from in Russia.

9.      Given that I have never been to the United States, I have never done any work for the Websites from inside the United States (including Virginia).

10.     I do not have any employees or other personnel who travel to the United States (including Virginia) to conduct business.

2

11.     I have never done business in Virginia or the United States.  I have never knowingly solicited business in Virginia or the United States.

12.     I have never had any employees in the United States (including Virginia).

13.     I have never had a bank account in the United States (including Virginia).

14.     I have never owned or leased real estate in the United States (including Virginia).

15.     I have never had a telephone number in the United States (including Virginia).

16.     I have never paid taxes in the United States (including Virginia).

17.     I have not engaged in any persistent course of conduct (or any conduct at all) in Virginia or the United States.

18.     I have never derived revenue from services rendered in Virginia or the United States.

19.     I have never had an agent for service of process in the United States (including Virginia).

20.     The Websites are not specifically targeted at Internet users in the United States or Virginia.  The Websites are not targeted to any particular country at all, but rather they are targeted at the entire world of eligible Internet users.

21.     In fact, the flvto.biz website is available in 23 different language, including Italian, Portuguese, Polish, Turkish, Japanese, Korean, Russian and Arabic.

22.     The Websites are free to use.  Accordingly, no users from the United States (including in Virginia), or anywhere else for that matter, make any payments to me for using the Websites or for the services available to users on the Website.

3

Advertisements on the Websites

23.     Virtually all the revenue derived from the Websites comes from advertisements, with approximately 95% of the revenue from advertisements directly on the Websites and approximately 5% coming from advertisements in the downloadable desktop applications available on the Websites.

24.     I do not have any direct relationship with any of the end-advertisers on the Websites.  I do not sell advertisements myself directly nor do I interact with advertisers.  Instead, from in Russia, the Websites have agreements with advertising brokers, which in turn have relationships with the advertisers.

25.     All of the paid advertising that appears on the Websites are not sold by me, but are rather sold through a small number of advertising brokers.

26.     The Websites make available to the broker "space" on the Websites, and the broker then sells that space as it sees fit to its advertiser clients.  An advertiser buys (from the broker) the right to display whatever advertisements it chooses in the space provided on the Websites as long as it complies with law and the broker's rules.

27.     I do not personally cause any specific advertisements to be directed to visitors from specific locations (like Virginia or the United States).

28.     However, advertising brokers or their advertisers might themselves be interested in only serving advertisements to specific blocks of countries or to show specific advertisements in specific places.  In other words, although it is possible for an advertiser to have its advertisements be targeted to viewers in a specific country or an even more limited geographic area, any "geolocation" or "geo-targeting" is performed (when it is performed at all) by the brokers themselves (or their advertisers) and not by me or anyone else on my behalf.

4

29.     Although the advertising broker may allow its advertisers to choose which specific country their advertisements are displayed, that process, if it takes place at all, happens before the broker places the advertisements on the Websites and without any input from me or anyone on my behalf.

30.     The process for "interest-based targeting" of advertisements is totally in the control of the brokers and their advertisers.

31.     I should make clear that the geolocation/geo-targeting and interest-based targeting of advertisements I have been speaking about are not advertisements of the Websites, but rather they are advertisements promoting the products or services of the advertisers themselves. Advertisements that appear on the Websites link to third-party websites.

32.     In other words, I am not advertising the Websites into the United States (or Virginia) by virtue of these advertisements.

33.     In fact, the Websites are not advertised at all – whether within the United States or elsewhere.

Users of the Websites

34.     The Websites have visitors from over 200 distinct countries around the world.

35.     Attached hereto as Exhibit 2 is a true and correct screenshot of data gathered through Yandex Metrica (omitting some irrelevant information and trade secrets) showing the number of users and the number of sessions from countries around the world for the period October 1, 2017 through September 30, 2018 for the 2conv.com website.

36.     As you can see from the statistics from the 2conv.com website, out of all users during that time period, only 5.87% of the users are from the United States and the website gets

more users from Italy (8.89%), Brazil (9.78%), and Mexico (8.83%).  This means that over 94% of the users of the 2conv.com website come from outside the United States.

37.     Exhibit 1 also splits out which specific states from inside the United States users come from.  As you can see, 2conv.com gets far more users from the State of California than it does from any other state, with users from California making up 11.26% of United States users. The second highest state is Texas with 6.48%.  Only 1.75% of United States users came from Virginia, making it the 11th state on the list.

38.     Attached hereto as Exhibit 3 is a true and correct screenshot of data gathered through Yandex Metrica (omitting some irrelevant information and trade secrets) showing the number of users and the number of sessions from countries around the world for the period October 1, 2017 through September 30, 2018 for the flvto.biz website.

39.     As you can see from the statistics from the flvto.biz website, out of all users during that time period, only 9.92% of the users were from the United States and the website got more users from Turkey (11.21%) and Brazil (10.19%).  Moreover, 8.15% of users came from France and 7.89% came from Mexico.  This means that over 90% of the users of the flvto.biz website come from outside the United States.

40.     Exhibit 2 also splits out which specific states from inside the United States users come from.  As you can see, flvto.biz gets far more users from the State of California than it does from any other state, with 10.65% of United States users coming from California.  The second highest state is New York with 6.16% of users.  Only 1.70% of United States users come from Virginia, making it the 13th state on the list.

41.     Users of the Websites do not need to create an account, register, or sign in to use the services of the Websites.

Hosting for the Websites

42.     As of August 3, 2018, the Websites were not, and currently they are not, hosted in Virginia or the United States.   The Websites are currently hosted with a company called Hetzner Online GmbH (their website is hetzner.com).  It is my understanding based on my interactions with them that they are a company organized in and based in Germany.

43.     The Websites were previously hosted with Amazon Web Services ("AWS"), which I understand to be one of the world's largest hosting companies.  The agreement to host the Websites with AWS was entered into from Russia.  It appears that while the Websites were hosted with AWS, the Websites may have been hosted from servers physically located in Virginia, among other places that AWS physical has servers.

44.     However, in July of 2018, before the lawsuit in this case was filed, the hosting for the Websites was moved to Hetzner Online GmbH.

Travel to the United States

45.     It would be extremely burdensome and costly for me to travel to Virginia (or anywhere else in the United States) for trial and other proceedings in this case.

46.     I do not have a visa to visit the United States nor have I ever applied for or obtained a visa to visit the United States.

7

Signed under the pains and penalties of perjury, this 1st day of October, 2018.

_____
Tofig Kurbanov

# Exhibit 1







Enter the link to the media

☐ By using our service you are accepting our **Terms of Use**

**CONVERT TO    MP3**

**f** 23.3K

**t**

**G+**

**p** 108

**+** 38.2K

## How can I download video and audio from YouTube?

Our FREE YouTube converter makes converting streaming videos to MP3 online easier and faster than ever! Get the ultimate listening experience with our music downloader.

## Use Our Converter mp3 from YouTube On Any OS

Feel free to use our YouTube MP3 converter on any operating system. Whether you have Linux, MacOS, or Windows, you can easily convert your favorite videos from YouTube into the most popular formats with our MP3 converter. Simply paste the URL of your favorite videos into your music downloader and download high-quality tracks delivered straight to your desktop.



## Listen To Your Music Anywhere

Do you want to listen to your tracks without video? When you use Flvto.biz, you will not be limited to converting tracks to the MP3 format. Our YouTube video downloader allows you to convert from YouTube to MP3 320kbps, or any other alternative format, so that you can seamlessly transfer the MP3 files you downloaded from your desktop to your MP3 player, phone, or music library.

## Online YouTube Video Downloader

Don't worry, despite the name, our YouTube Downloader can also convert music from other websites too. Use our converter to get music from a number of alternative video-hosting sites including Vimeo, Dailymotion, Metacafe, Facebook, and more! Simply paste the URL from any site and get your video to an MP3 in high quality.

## How to use Flvto YouTube Converter?

1   Copy a link to a YouTube video and paste it into the Flvto input field
2   Choose the file format you want
3   Click the 'Convert' button
4   Download your MP3 file

## Check out these entries in the "How To" section if you want to learn more about how to use Flvto.

How to Download Videos from YouTube

How to Download Music from YouTube

You can also visit websites like Quora, Yahoo Answers or Super User if you have more questions. And you can check out these articles on Wikihow, PC Advisor and TechRadar to get some advanced tips on this topic.

---



 YouTube Downloader for Windows

YouTube Downloader for Macintosh

 YouTube Player for Windows 8/10

 YouTube Converter for Windows 8/10

**FLVTO**

© flvto.biz, 2018
Developed by flvto.biz



Exhibit
2



| | | |
|---|---:|---:|
| State of North Carolina | 247 443 | 115 556 |
| Commonwealth of Virginia | 187 486 | 94 342 |
| State of Ohio | 185 727 | 90 691 |
| State of Michigan | 182 580 | 89 889 |
| District of Columbia | 156 767 | 94 318 |
| State of Washington | 149 466 | 75 345 |
| State of Maryland | 140 078 | 69 625 |
| Commonwealth of Massachusetts | 124 033 | 65 815 |
| State of Tennessee | 111 152 | 53 999 |
| State of Alabama | 106 123 | 50 623 |
| State of Indiana | 99 799 | 48 615 |
| State of Missouri | 96 687 | 51 521 |
| State of Wisconsin | 96 615 | 47 191 |
| State of South Carolina | 90 627 | 42 210 |
| State of Minnesota | 89 459 | 48 282 |
| State of Colorado | 89 067 | 43 790 |
| State of Utah | 80 510 | 36 322 |
| State of Nevada | 79 364 | 38 827 |
| State of Louisiana | 76 490 | 36 012 |
| State of Oregon | 72 249 | 36 372 |
| State of Connecticut | 69 424 | 35 286 |
| Commonwealth of Kentucky | 68 770 | 31 939 |
| State of Oklahoma | 59 192 | 29 281 |
| State of Iowa | 56 643 | 29 632 |
| State of New Mexico | 56 175 | 24 616 |
| State of Hawaii | 53 676 | 24 155 |
| State of Kansas | 50 729 | 25 824 |
| State of Mississippi | 45 373 | 21 360 |
| State of Arkansas | 44 998 | 21 809 |
| State of Idaho | 37 809 | 18 189 |
| State of Nebraska | 37 281 | 17 898 |
| State of West Virginia | 25 480 | 12 055 |
| State of South Dakota | 22 542 | 9 632 |
| State of Rhode Island and Providence Plantations | 21 336 | 11 320 |
| State of Maine | 18 739 | 9 958 |
| State of Delaware | 17 889 | 9 682 |
| State of Montana | 17 385 | 8 107 |

| | | | | |
|---|---|---|---|---|
| + | ☐ | State of New Hampshire | 17 372 | 9 350 |
| + | ☐ | State of Alaska | 14 493 | 6 631 |
| + | ☐ | State of North Dakota | 11 825 | 5 617 |
| + | ☐ | State of Wyoming | 9 709 | 5 006 |
| + | ☐ | State of Vermont | 8 079 | 4 616 |
| + | ☐ | Romania | 7.39 m | 2.77 m |
| + | ☐ | France | 7.11 m | 3.75 m |
| + | ☐ | United Kingdom | 6.78 m | 2.86 m |
| + | ☐ | Spain | 6.2 m | 2.96 m |
| + | ☐ | Colombia | 5.37 m | 3.09 m |
| + | ☐ | Turkey | 5.23 m | 3.22 m |
| + | ☐ | Peru | 4.89 m | 2.82 m |
| + | ☐ | Argentina | 4.19 m | 2.13 m |
| + | ☐ | Greece | 4.12 m | 1.53 m |
| + | ☐ | Serbia | 4.11 m | 1.51 m |
| + | ☐ | Czech Republic | 3.82 m | 1.28 m |
| + | ☐ | Bulgaria | 3.7 m | 1.24 m |
| + | ☐ | Germany | 3.54 m | 1.69 m |
| + | ☐ | South Korea | 3.45 m | 1.3 m |
| + | ☐ | Belgium | 3.06 m | 1.39 m |
| + | ☐ | Philippines | 2.91 m | 1.89 m |
| + | ☐ | Netherlands | 2.9 m | 1.42 m |
| + | ☐ | Canada | 2.88 m | 1.35 m |
| + | ☐ | Slovakia | 2.88 m | 950 954 |
| + | ☐ | Hungary | 2.18 m | 1.01 m |
| + | ☐ | Ecuador | 2.09 m | 1.1 m |
| + | ☐ | Indonesia | 1.75 m | 1.15 m |
| + | ☐ | Venezuela | 1.74 m | 970 500 |
| + | ☐ | Portugal | 1.71 m | 830 666 |
| | ☐ | Morocco | 1.63 m | 985 777 |
| + | ☐ | Chile | 1.34 m | 773 620 |
| | ☐ | Algeria | 1.07 m | 679 766 |
| + | ☐ | Thailand | 1.02 m | 605 739 |
| | ☐ | Bosnia and Herzegovina | 999 373 | 370 224 |
| | ☐ | Tunisia | 998 974 | 542 100 |
| + | ☐ | Albania | 933 873 | 367 822 |

| | | | | |
|---|---|---|---|---|
| + | Taiwan | | 765 990 | 427 508 |
| + | Australia | | 768 495 | 385 333 |
| + | Guatemala | | 757 832 | 381 615 |
| + | Japan | | 728 792 | 425 784 |
| + | India | | 690 064 | 464 974 |
| + | Switzerland | | 642 520 | 325 329 |
| + | Austria | | 594 505 | 298 387 |
| + | Malaysia | | 593 266 | 352 533 |
| + | Dominican Republic | | 583 810 | 293 755 |
| + | Uruguay | | 468 847 | 243 796 |
| + | Croatia | | 407 167 | 216 795 |
| | New Zealand | | 387 800 | 168 124 |
| + | Saudi Arabia | | 367 060 | 201 305 |
| + | Georgia | | 351 399 | 205 915 |
| + | Russia | | 312 110 | 195 616 |
| + | Norway | | 295 099 | 164 006 |
| | El Salvador | | 280 927 | 142 768 |
| | Singapore | | 275 827 | 139 737 |
| + | Montenegro | | 263 148 | 96 176 |
| | Panama | | 251 877 | 118 840 |
| + | Cyprus | | 244 889 | 89 430 |
| | South Africa | | 228 702 | 125 098 |
| + | Bolivia | | 224 421 | 131 903 |
| + | Israel | | 221 851 | 136 987 |
| + | Egypt | | 217 888 | 129 711 |
| + | Macedonia | | 212 061 | 104 200 |
| + | China | | 210 138 | 127 747 |
| + | United Arab Emirates | | 209 404 | 114 658 |
| + | Moldova | | 206 089 | 83 943 |
| | Trinidad and Tobago | | 169 428 | 72 738 |
| | Honduras | | 164 818 | 88 679 |
| | Nicaragua | | 164 667 | 89 118 |
| + | Pakistan | | 156 510 | 99 737 |
| + | Lithuania | | 154 212 | 92 816 |
| + | Paraguay | | 149 991 | 70 141 |
| + | Costa Rica | | 149 326 | 79 985 |
| + | Sweden | | 148 720 | 81 263 |

| Country | | |
|---|--:|--:|
| Ireland | 144 909 | 74 187 |
| Azerbaijan | 137 081 | 76 424 |
| Palestinian Territory | 132 199 | 66 645 |
| Denmark | 130 819 | 73 681 |
| Jordan | 129 305 | 75 318 |
| Slovenia | 115 266 | 69 990 |
| Jamaica | 106 090 | 44 049 |
| Ukraine | 99 359 | 62 657 |
| Côte d'Ivoire | 97 536 | 62 154 |
| Suriname | 90 762 | 35 509 |
| Senegal | 75 679 | 38 596 |
| Lebanon | 75 055 | 40 771 |
| Mauritius | 72 892 | 35 032 |
| Puerto Rico | 67 529 | 31 544 |
| Madagascar | 56 199 | 39 229 |
| New Caledonia | 53 817 | 23 004 |
| Iraq | 53 763 | 34 283 |
| Latvia | 52 348 | 31 416 |
| Angola | 51 128 | 22 437 |
| Qatar | 47 066 | 26 902 |
| Martinique | 40 900 | 18 669 |
| Kuwait | 40 030 | 24 097 |
| Cambodia | 39 734 | 31 213 |
| Luxembourg | 39 608 | 21 381 |
| Kenya | 38 890 | 21 500 |
| Bangladesh | 38 839 | 26 060 |
| Vietnam | 38 464 | 26 584 |
| Malta | 35 092 | 17 907 |
| Oman | 34 982 | 18 943 |
| Iceland | 34 853 | 18 041 |
| Mongolia | 34 756 | 25 570 |
| Cameroon | 33 397 | 17 984 |
| Armenia | 33 225 | 17 968 |
| Finland | 33 199 | 20 083 |
| Estonia | 30 167 | 18 714 |
| Sri Lanka | 30 048 | 19 132 |
| French Polynesia | 27 178 | 13 581 |

| | | | |
|---|---|---|---|
| Nepal | | 26 828 | 17 325 |
| Laos | | 24 997 | 14 320 |
| Belize | | 24 415 | 10 051 |
| Nigeria | | 23 494 | 14 989 |
| Bahamas | | 23 054 | 10 401 |
| Bahrain | | 21 837 | 11 737 |
| Guam | | 20 640 | 8 023 |
| Gabon | | 20 435 | 11 275 |
| Haiti | | 18 730 | 9 754 |
| Curacao | | 18 672 | 8 195 |
| Cape Verde | | 17 454 | 8 030 |
| Mozambique | | 17 366 | 9 654 |
| French Guiana | | 16 688 | 8 624 |
| Saint Lucia | | 15 386 | 6 587 |
| Ghana | | 14 603 | 9 624 |
| Fiji | | 13 766 | 6 535 |
| Aruba | | 12 996 | 5 436 |
| Barbados | | 12 403 | 6 562 |
| Kazakhstan | | 11 937 | 8 184 |
| Guyana | | 11 264 | 5 666 |
| Libya | | 10 688 | 6 407 |
| Brunei | | 10 155 | 5 821 |
| Belarus | | 10 145 | 5 782 |
| Zimbabwe | | 9 665 | 5 490 |
| Antigua and Barbuda | | 9 562 | 4 211 |
| Andorra | | 9 056 | 4 701 |
| Benin | | 8 169 | 4 409 |
| Botswana | | 7 969 | 4 322 |
| Uganda | | 7 630 | 4 068 |
| Democratic Republic of the Congo | | 7 448 | 5 064 |
| Myanmar | | 7 430 | 6 167 |
| Namibia | | 7 258 | 3 852 |
| Grenada | | 7 167 | 3 222 |
| Sudan | | 7 036 | 4 651 |
| Tanzania | | 6 705 | 4 423 |
| Syria | | 6 454 | 3 954 |
| Mauritania | | 6 343 | 3 896 |

| Country | | |
|---|---|---|
| San Marino | 6286 | 2931 |
| Togo | 5664 | 3273 |
| Ethiopia | 5266 | 3843 |
| Mali | 5145 | 2974 |
| Saint Vincent and the Grenadines | 5120 | 2460 |
| Zambia | 4980 | 2997 |
| Cuba | 4781 | 3119 |
| Sint Maarten | 4740 | 1999 |
| Saint Kitts and Nevis | 4587 | 1977 |
| Congo | 4530 | 2383 |
| Afghanistan | 3994 | 2402 |
| Kyrgyzstan | 3767 | 2335 |
| Yemen | 3634 | 2423 |
| Burkina Faso | 3467 | 2044 |
| The Cayman Islands | 3226 | 1480 |
| Equatorial Guinea | 2830 | 1893 |
| Uzbekistan | 2779 | 2000 |
| Djibouti | 2762 | 1505 |
| Rwanda | 2744 | 1478 |
| Guinea | 2692 | 1641 |
| Papua New Guinea | 2443 | 1342 |
| Monaco | 2312 | 1216 |
| Maldives | 2268 | 1319 |
| The United States Virgin Islands | 2225 | 938 |
| The Federated States of Micronesia | 2179 | 938 |
| Turks and Caicos Islands | 2175 | 936 |
| Iran | 2008 | 1567 |
| Dominica | 1585 | 786 |
| Bermuda | 1549 | 795 |
| Turkmenistan | 1511 | 979 |
| Somalia | 1443 | 932 |
| Burundi | 1263 | 812 |
| Seychelles | 1255 | 606 |
| Bhutan | 1244 | 744 |
| Malawi | 1191 | 818 |
| Gibraltar | 1123 | 660 |

| | | | |
|---|---|---|---|
| East Timor | | 1 107 | 647 |
| Vanuatu | | 1 084 | 466 |
| Niger | | 1 055 | 655 |
| Liechtenstein | | 1 050 | 641 |
| Swaziland | | 1 023 | 608 |
| Gambia | | 945 | 559 |
| São Tomé and Príncipe | | 901 | 558 |
| Comoros | | 741 | 484 |
| Guinea-Bissau | | 730 | 436 |
| Tajikistan | | 725 | 485 |
| Cook Islands | | 708 | 262 |
| Sierra Leone | | 666 | 338 |
| Samoa | | 656 | 414 |
| Lesotho | | 643 | 355 |
| British Virgin Islands | | 555 | 302 |
| Palau | | 539 | 201 |
| Liberia | | 515 | 354 |
| The Marshall Islands | | 484 | 295 |
| Solomon Islands | | 476 | 269 |
| Central African Republic | | 368 | 188 |
| Chad | | 323 | 262 |
| Tonga | | 296 | 181 |
| Greenland | | 290 | 185 |
| Montserrat | | 277 | 147 |
| South Sudan | | 207 | 112 |
| Vatican City | | 176 | 103 |
| Niue | | 154 | 69 |
| Kiribati | | 119 | 67 |
| Falkland Islands | | 92 | 34 |
| Abkhazia | | 78 | 62 |
| Tuvalu | | 45 | 21 |
| Nauru | | 33 | 20 |
| Eritrea | | 18 | 14 |
| Sahrawi Arab Democratic Republic | | 10 | 10 |
| North Korea | | 7 | 5 |
| Norfolk Island | | 2 | 2 |

# Exhibit
# 3



| | | | |
|---|---|---|---|
| + | State of Ohio | 1.33 m | 463 403 |
| + | Commonwealth of Virginia | 1.17 m | 448 426 |
| + | State of Michigan | 1.2 m | 444 616 |
| + | State of Washington | 985 746 | 368 659 |
| + | State of Maryland | 921 429 | 342 965 |
| + | Commonwealth of Massachusetts | 804 871 | 326 332 |
| + | State of Tennessee | 812 155 | 284 929 |
| + | State of Alabama | 753 650 | 248 955 |
| + | State of Minnesota | 633 888 | 242 625 |
| + | State of Indiana | 623 756 | 233 948 |
| + | State of Wisconsin | 632 543 | 228 977 |
| + | State of Missouri | 618 984 | 225 473 |
| + | State of South Carolina | 630 642 | 212 233 |
| + | State of Colorado | 539 030 | 208 466 |
| + | State of Nevada | 546 454 | 199 452 |
| + | State of Louisiana | 568 121 | 190 533 |
| + | State of Oregon | 489 392 | 180 658 |
| + | State of Connecticut | 463 287 | 173 444 |
| + | State of Utah | 407 671 | 165 294 |
| + | Commonwealth of Kentucky | 452 262 | 156 537 |
| + | State of Oklahoma | 410 073 | 152 038 |
| + | State of Iowa | 362 841 | 137 767 |
| + | State of Hawaii | 399 654 | 134 097 |
| + | State of Kansas | 326 144 | 128 203 |
| + | State of New Mexico | 376 998 | 123 026 |
| + | State of Arkansas | 345 872 | 119 736 |
| + | State of Mississippi | 341 126 | 113 888 |
| + | State of Nebraska | 240 095 | 83 815 |
| + | State of Idaho | 243 542 | 80 356 |
| + | State of Rhode Island and Providence Plantations | 147 207 | 56 785 |
| + | State of West Virginia | 156 993 | 56 104 |
| + | State of Delaware | 127 895 | 54 339 |
| + | State of Maine | 143 816 | 52 014 |
| + | State of New Hampshire | 111 934 | 45 239 |
| + | State of South Dakota | 152 739 | 44 665 |
| + | State of Montana | 131 191 | 41 451 |
| + | State of Alaska | 105 005 | 34 805 |

| | | | | |
|---|---|---|---|---|
| + | | State of North Dakota | 80 372 | 27 825 |
| + | | State of Wyoming | 74 661 | 25 098 |
| + | | State of Vermont | 60 523 | 23 674 |
| + | ✓ | France | 75.3 m | 21.6 m |
| + | ✓ | Mexico | 59.9 m | 20.9 m |
| + | | Spain | 66.1 m | 16 m |
| + | | Peru | 34.9 m | 13.2 m |
| + | | Colombia | 21.9 m | 9.78 m |
| + | | Argentina | 23.8 m | 8.39 m |
| + | | United Kingdom | 24.3 m | 7.87 m |
| + | | Ecuador | 13.8 m | 4.62 m |
| + | | Romania | 15.1 m | 4.19 m |
| + | | Hungary | 14.8 m | 4.02 m |
| + | | Poland | 11.6 m | 3.81 m |
| + | | Portugal | 13.7 m | 3.77 m |
| + | | Philippines | 6.41 m | 3.66 m |
| + | | Venezuela | 8.52 m | 3.61 m |
| + | | Netherlands | 9.64 m | 3.3 m |
| | | Morocco | 7.1 m | 2.99 m |
| + | | Canada | 8.38 m | 2.92 m |
| + | | Chile | 6.49 m | 2.82 m |
| + | | Belgium | 7.77 m | 2.68 m |
| + | | Italy | 5.74 m | 2.57 m |
| | | Algeria | 4.61 m | 2.22 m |
| + | | Japan | 4.27 m | 2.03 m |
| + | | Tunisia | 5.65 m | 2.01 m |
| + | | Greece | 5.84 m | 1.85 m |
| + | | Bulgaria | 7.4 m | 1.85 m |
| + | | Indonesia | 2.79 m | 1.8 m |
| + | | Serbia | 5.89 m | 1.74 m |
| + | | South Korea | 3.99 m | 1.46 m |
| + | | Dominican Republic | 4.87 m | 1.4 m |
| + | | Guatemala | 4.06 m | 1.38 m |
| + | | Germany | 3.26 m | 1.21 m |
| + | | Slovakia | 4.16 m | 1.19 m |
| + | | India | 1.82 m | 1.17 m |

| Country | | |
|---|---|---|
| Uruguay | 2.99 m | 1.04 m |
| Australia | 2.51 m | 1 m |
| Czech Republic | 2.79 m | 984 739 |
| Russia | 1.62 m | 844 343 |
| Malaysia | 1.56 m | 793 072 |
| El Salvador | 2.03 m | 658 168 |
| Albania | 1.81 m | 648 456 |
| Switzerland | 1.37 m | 538 827 |
| Bolivia | 1.25 m | 527 959 |
| Panama | 1.52 m | 488 022 |
| Saudi Arabia | 1.16 m | 476 200 |
| Israel | 930 010 | 425 956 |
| Bosnia and Herzegovina | 1.19 m | 411 985 |
| Egypt | 813 498 | 399 914 |
| Singapore | 947 323 | 398 027 |
| Georgia | 775 770 | 391 183 |
| Ukraine | 717 951 | 375 511 |
| Thailand | 605 993 | 375 020 |
| Nicaragua | 1.03 m | 372 932 |
| New Zealand | 1.11 m | 366 504 |
| China | 684 021 | 360 525 |
| Costa Rica | 932 519 | 357 431 |
| Taiwan | 654 247 | 338 288 |
| Paraguay | 1.1 m | 334 974 |
| Norway | 765 434 | 327 169 |
| Croatia | 732 170 | 318 207 |
| Honduras | 817 068 | 317 074 |
| Azerbaijan | 677 614 | 301 952 |
| Côte d'Ivoire | 589 673 | 292 830 |
| United Arab Emirates | 617 654 | 289 074 |
| South Africa | 574 117 | 266 526 |
| Pakistan | 470 368 | 265 912 |
| Lithuania | 565 633 | 239 598 |
| Jordan | 564 009 | 233 933 |
| Macedonia | 626 765 | 225 553 |
| Palestinian Territory | 563 334 | 220 799 |
| Austria | 484 979 | 202 118 |

| | | | |
|---|---|---|---|
| Trinidad and Tobago | | 621 722 | 188 834 |
| Moldova | | 573 973 | 184 903 |
| Sweden | | 360 341 | 180 337 |
| New Caledonia | | 910 623 | 179 678 |
| Cyprus | | 568 437 | 177 317 |
| Senegal | | 444 403 | 153 223 |
| Slovenia | | 326 539 | 150 713 |
| Jamaica | | 527 155 | 149 120 |
| Ireland | | 334 480 | 147 059 |
| Martinique | | 590 363 | 143 245 |
| Madagascar | | 269 879 | 141 251 |
| Denmark | | 263 652 | 135 480 |
| Montenegro | | 442 668 | 135 050 |
| Mauritius | | 393 751 | 130 971 |
| Puerto Rico | | 340 543 | 124 684 |
| Bangladesh | | 182 476 | 109 317 |
| Lebanon | | 219 584 | 98 373 |
| French Polynesia | | 380 289 | 97 868 |
| Latvia | | 211 936 | 97 825 |
| Kenya | | 175 233 | 85 883 |
| Iraq | | 144 400 | 84 029 |
| Vietnam | | 126 414 | 82 918 |
| Armenia | | 182 184 | 78 095 |
| Qatar | | 164 361 | 76 693 |
| Mongolia | | 119 757 | 71 297 |
| Nepal | | 137 878 | 70 125 |
| Iceland | | 171 877 | 69 409 |
| Sri Lanka | | 123 228 | 67 067 |
| Angola | | 157 743 | 63 435 |
| Kuwait | | 117 792 | 61 016 |
| Estonia | | 128 143 | 59 667 |
| Finland | | 111 025 | 58 858 |
| French Guiana | | 219 519 | 58 762 |
| Cameroon | | 143 550 | 57 847 |
| Oman | | 135 122 | 56 222 |
| Kazakhstan | | 97 132 | 54 924 |
| Malta | | 132 282 | 54 079 |

| | Country | | |
|---|---|---|---|
| + | Luxembourg | 145 312 | 53 906 |
| + | Belarus | 106 890 | 51 598 |
| | Cambodia | 74 056 | 51 182 |
| | Nigeria | 87 261 | 50 650 |
| | Gabon | 142 459 | 48 341 |
| | Suriname | 100 414 | 37 532 |
| | Bahamas | 121 953 | 37 171 |
| | Bahrain | 78 481 | 36 583 |
| | Belize | 115 130 | 34 647 |
| | Guam | 126 524 | 34 126 |
| | Haiti | 86 871 | 33 841 |
| | Ghana | 54 760 | 32 312 |
| | Barbados | 89 284 | 31 055 |
| | Mozambique | 44 878 | 27 562 |
| | Curacao | 84 109 | 26 643 |
| | Laos | 51 188 | 26 591 |
| | Myanmar | 34 352 | 25 782 |
| | Saint Lucia | 83 832 | 25 159 |
| | Brunei | 54 361 | 24 656 |
| | Fiji | 69 269 | 23 534 |
| | Tanzania | 35 908 | 23 298 |
| | Zimbabwe | 46 124 | 21 536 |
| | Andorra | 60 116 | 21 520 |
| | Guyana | 58 670 | 20 499 |
| | Sudan | 35 824 | 20 432 |
| | Aruba | 63 115 | 20 394 |
| | Libya | 37 834 | 19 387 |
| | Antigua and Barbuda | 64 308 | 18 983 |
| | Cape Verde | 48 790 | 18 870 |
| | Mauritania | 40 843 | 18 830 |
| + | Syria | 35 301 | 18 768 |
| + | Kyrgyzstan | 35 668 | 18 523 |
| | Uganda | 37 832 | 18 394 |
| | Botswana | 38 240 | 17 296 |
| | Benin | 35 487 | 16 880 |
| | Democratic Republic of the Congo | 32 068 | 16 353 |
| + | Uzbekistan | 35 736 | 15 769 |

| | | | |
|---|---|---|---|
| + | Uzbekistan | 23 708 | 19 708 |
| | Namibia | 35 641 | 14 859 |
| | Ethiopia | 20 321 | 14 069 |
| | Zambia | 21 630 | 12 338 |
| | Grenada | 35 238 | 12 114 |
| + | Cuba | 19 000 | 11 948 |
| | Mali | 30 276 | 11 861 |
| | Togo | 23 365 | 11 284 |
| + | Yemen | 16 543 | 10 000 |
| | Congo | 24 375 | 9 279 |
| | Saint Vincent and the Grenadines | 26 911 | 8 692 |
| | Burkina Faso | 18 400 | 8 668 |
| | Saint Kitts and Nevis | 26 087 | 8 319 |
| | Sint Maarten | 23 490 | 7 771 |
| | Guinea | 18 172 | 7 462 |
| | Afghanistan | 12 540 | 7 326 |
| | Djibouti | 19 118 | 7 260 |
| | Rwanda | 14 040 | 7 048 |
| | Equatorial Guinea | 13 671 | 6 808 |
| + | Turkmenistan | 9 296 | 6 426 |
| + | Iran | 8 403 | 5 936 |
| | The Cayman Islands | 16 074 | 5 874 |
| | Papua New Guinea | 10 448 | 5 639 |
| + | Maldives | 9 926 | 5 290 |
| | Monaco | 9 656 | 4 400 |
| + | Bermuda | 11 528 | 4 359 |
| | The United States Virgin Islands | 14 147 | 4 088 |
| | Somalia | 7 131 | 3 680 |
| + | The Federated States of Micronesia | 11 993 | 3 638 |
| + | Tajikistan | 5 583 | 3 564 |
| | Turks and Caicos Islands | 10 348 | 3 542 |
| | Malawi | 7 857 | 3 439 |
| | Dominica | 9 630 | 3 312 |
| | Bhutan | 6 304 | 3 220 |
| | Gibraltar | 7 333 | 3 023 |
| | Burundi | 6 247 | 2 999 |
| | Comoros | 7 545 | 2 916 |

| | | |
|---|---|---|
| Swaziland | 5 089 | 2 694 |
| Niger | 5 330 | 2 640 |
| Vanuatu | 6 894 | 2 516 |
| Seychelles | 5 286 | 2 371 |
| Gambia | 4 293 | 2 221 |
| São Tomé and Príncipe | 4 474 | 2 115 |
| Liberia | 3 538 | 1 834 |
| Lesotho | 3 281 | 1 804 |
| East Timor | 3 224 | 1 776 |
| The Marshall Islands | 4 367 | 1 573 |
| Guinea-Bissau | 4 823 | 1 546 |
| British Virgin Islands | 3 854 | 1 539 |
| Sierra Leone | 3 198 | 1 519 |
| Samoa | 3 004 | 1 488 |
| Chad | 2 106 | 1 211 |
| Tonga | 3 008 | 1 166 |
| Solomon Islands | 2 284 | 1 125 |
| Cook Islands | 2 848 | 962 |
| Central African Republic | 2 113 | 891 |
| San Marino | 1 626 | 888 |
| Palau | 2 122 | 753 |
| Greenland | 1 287 | 731 |
| Montserrat | 2 385 | 636 |
| South Sudan | 805 | 518 |
| Liechtenstein | 832 | 456 |
| Kiribati | 659 | 350 |
| Abkhazia | 415 | 305 |
| Niue | 741 | 213 |
| Falkland Islands | 366 | 156 |
| Tuvalu | 224 | 90 |
| Nauru | 123 | 62 |
| Vatican City | 69 | 40 |
| Sahrawi Arab Democratic Republic | 44 | 38 |
| Eritrea | 45 | 27 |
| North Korea | 29 | 17 |
| Norfolk Island | 2 | 2 |

‹ Collapse