**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria, Virginia

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN, LLC, NONESUCH RECORDS INC., SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, and ZOMBA RECORDING LLC,<br><br>           Plaintiffs,<br><br>v.<br><br>TOFIG KURBANOV d/b/a FLVTO.BIZ and 2CONV.COM; and DOES 1–10,<br><br>           Defendants. | **CASE NO. 1:18-CV-00957-CMH-TCB** |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk shall please withdraw the appearance of attorney Michael K. Lowman and enter the appearance of Matthew L. Haws (Virginia Bar No. 48368) as counsel for Plaintiffs in the above captioned matter and request that, as of this filing, copies of all pleadings, motions, and other documents filed in this matter be served upon Mr. Haws.

Dated:  January 29, 2019           Respectfully submitted,

                                                           By:  /s/ Matthew L. Haws

                                                           Matthew L. Haws, VA Bar #48368
                                                           JENNER & BLOCK LLP
                                                           1099 New York Avenue, NW
                                                           Suite 900
                                                           Washington, DC 20001
                                                           Telephone: (202) 639-6065
                                                           Facsimile: (202) 639-6066

/s/ Michael K. Lowman

Michael K. Lowman, VA Bar #41663
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive,
Suite 900
Tysons Corner, VA 22182
Telephone: (703) 847-6300
Facsimile: (703) 847-6312

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, a true and correct copy of the foregoing Notice of Substitution of Counsel was served on all counsel of record via the Court's CM/ECF electronic filing system.

Dated: January 29, 2019

/s/ Matthew L. Haws

Matthew L. Haws