**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
Alexandria, Virginia

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN, LLC, NONESUCH RECORDS INC., SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, and ZOMBA RECORDING LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>TOFIG KURBANOV d/b/a FLVTO.BIZ and 2CONV.COM; and DOES 1–10,<br><br>       Defendants. | **CASE NO. 1:18-CV-00957-CMH-TCB** |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs UMG Recordings, Inc. *et al.*, above named, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on the 22nd day of January, 2019 (ECF Nos. 30-31).

Dated: January 29, 2019          Respectfully submitted,

                                 By: /s/ Matthew L. Haws

                                 Matthew L. Haws, VA Bar #48368
                                 JENNER & BLOCK LLP
                                 1099 New York Avenue, NW
                                 Suite 900
                                 Washington, DC 20001
                                 Telephone: (202) 639-6065
                                 Facsimile: (202) 639-6066

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, a true and correct copy of the foregoing Notice of Appeal was served on all counsel of record via the Court's CM/ECF electronic filing system.

Dated:  January 29, 2019

/s/ Matthew L. Haws

Matthew L. Haws