FILED: August 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1124
(1:18-cv-00957-CMH-TCB)

_____

UMG RECORDINGS, INC.; CAPITAL RECORDS, LLC; WARNER BROS RECORDS INC.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC

      Plaintiffs - Appellants

v.

TOFIG KURBANOV, d/b/a FLVTO.BIZ, a/k/a 2CONV.COM; DOES 1-10

      Defendants - Appellees

_____

COPYRIGHT ALLIANCE; INTERNATIONAL ANTICOUNTERFEITING COALITION; MOTION PICTURE ASSOCIATION OF AMERICA, INC.; ASSOCIATION OF AMERICAN PUBLISHERS

      Amici Supporting Appellants

ELECTRONIC FRONTIER FOUNDATION

      Amicus Supporting Appellees

_____

MANDATE

_____

The judgment of this court, entered June 26, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*