UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITAL RECORDS, LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP, INC.; FUELED BY RAMEN, LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TOFIG KURBANOV d/b/a FLVTO.BIZ and 2CONV.COM; And DOES 1-10, <br><br> Defendants. | Case No. <br> 1:18-CV-00957-CMH-TCB |

**DEFENDANT'S MOTION TO STAY DISCOVERY AND PROCEEDINGS PENDING:
(1) THIS COURT'S FURTHER RULING ON PERSONAL JURISDICTION AS REQUIRED BY THE FOURTH CIRCUIT'S ORDER OF REMAND;
AND (2) A RULING ON DEFENDANT'S (FORTHCOMING)
<u>PETITION FOR CERTIORARI TO THE UNITED STATES SUPREME COURT</u>**

For the reasons set forth in the accompany Memorandum in Support, Defendant requests respectfully that the Court stay discovery and all other proceedings in this case until:

(a) this Court has issued its decision concerning the reasonability analysis as required by the Fourth Circuit's order of remand, ***and***

(b) the United States Supreme Court has issued an order either denying Mr. Kurbanov's *certiorari* petition or (having allowed such a petition) issues

So Ordered
Claude M. Hilton
USDC
Sept. 18, 2020

its order following its consideration of Mr. Kurbanov's appeal.

Respectfully submitted,

**TOFIG KURBANOV**

By Counsel

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
jgeiger@sandsanderson.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Evan@CFWLegal.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Matthew L. Haws, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: mhaws@jenner.com
*Counsel for Plaintiffs*

Scott A. Zebrak, Esquire
Oppenheim & Zebrak LLP
5225 Wisconsin Avenue NW
Suite 503
Washington, DC 20015
Email: scott@oandzlaw.com
*Counsel for Plaintiffs*

Kenneth L. Doroshow, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: kdoroshow@jenner.com
*Counsel for Plaintiffs (admitted pro hac vice)*

Alison I. Stein, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: astein@jenner.com
*Counsel for Plaintiffs (admitted pro hac vice)*

Jonathan A. Langlinais, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: jlanglinais@jenner.com
*Counsel for Plaintiffs (admitted pro hac vice)*

Matthew J. Oppenheim, Esquire
Stephen Zebrak, Esquire
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Email: matt@oandzlaw.com
*Counsel for Plaintiffs*

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
jgeiger@sandsanderson.com

**CERTIFICATE OF COMPLIANCE WITH MEET AND CONFER REQUIREMENTS**

I hereby certify that, prior to the filing of this motion, counsel met and conferred with Plaintiff's counsel in an attempt to narrow or eliminate the disputes addressed in this motion.

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger

4