

**Jeffrey Hamilton Geiger**
Attorney

Direct: (804) 783-7248
JGeiger@SandsAnderson.com

RICHMOND | CHRISTIANSBURG |
FREDERICKSBURG MCLEAN | DURHAM |
WILLIAMSBURG

SANDSANDERSON.COM

1111 East Main Street
Post Office Box 1998
Richmond, VA 23218-1998
Main: (804) 648-1636
Fax: (804) 783-7291

October 20, 2020

**BY ELECTRONIC FILING**
Hon. Claude M. Hilton, Senior Judge
United States District Court
Eastern District of Virginia – Alexandria
401 Courthouse Square
Alexandria, VA 22314

      Re:    UMG Records, Inc., et al. v. Tofig Kurbanov, et al.
               Case No. 1:18-CV-00957-CMH-TCB
               Our File No. 021773/096773
               **Hearing Date:   October 23, 2020 – 10:00 a.m.**

Dear Judge Hilton:

      In light of the ongoing pandemic, counsel for Mr. Kurbanov requests respectfully that the hearing scheduled for October 23, 2020, on "Plaintiffs' Motion for Reconsideration of Court's September 18, 2020 Stay Order" [Doc. 61], be held via tele-conference or video-conference.

      In addition to the challenges associated with an in-person hearing, the parties are represented in part by *pro hac vice* counsel, who reside outside of the Eastern District of Virginia. Defense counsel need to participate in the hearing and anticipate that travel under current conditions will be particularly difficult. Defense counsel submits respectfully that holding the hearing remotely will be the safest and most efficient way to ensure that they can participate fully.

      Thank you for your consideration.

                                               Respectfully submitted,

                                               Jeffrey H. Geiger

cc:    **BY E-MAIL**
        Valentin D. Gurvits, Esquire
        Boston Law Group, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459

October 20, 2020
Page 2

**BY E-MAIL**
Evan Fray-Witzer, Esquire
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116

**BY E-MAIL**
Matthew Shayefar, Esquire
Law Office of Matthew Shayefar, PC
925 N La Brea Ave.
West Hollywood, California 90038

**BY E-MAIL**
Michael K. Lowman, Esquire
Jenner & Block LLP
1099 New York Ave, NW
Suite 900
Washington, DC 20001-4412

**BY E-MAIL**
Kenneth L. Doroshow, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

**BY E-MAIL**
Alison I. Stein, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

**BY E-MAIL**
Jonathan A. Langlinais, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

**BY E-MAIL**
Matthew J. Oppenheim, Esquire
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016

October 20, 2020
Page 3

**BY E-MAIL**
Lucy G. Noyola, Esquire
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC  20016

**BY E-MAIL**
Kellyn Goler, Esquire
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC  20016