IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   No. 1:18-cv-957<br>) |
| TOFIG KURBANOV, et al., | )<br>) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration of the Court's September 18, 2020 Stay Order (Dkt. 61).

This Court is of the opinion that the Order was correctly decided for the reasons previously stated. It is hereby

ORDERED that Plaintiff's Motion for Reconsideration is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 26, 2020