# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>KURBANOV, *et al.*,<br><br>    *Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

## PLAINTIFFS' NOTICE OF INTENT TO FILE OPPOSITION

Plaintiffs respectfully submit this notice of their intent to file a response brief in accordance with Local Civil Rule 7(F) in opposition to Defendant Tofig Kurbanov's Motion for Leave to File Supplemental Materials in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 69).

Respectfully submitted,

Dated January 29, 2021

/s/ Scott A. Zebrak
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Lucy Grace D. Noyola (*pro hac vice*)
Kellyn M. Goler (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
matt@oandzlaw.com
lucy@oandzlaw.com
kellyn@oandzlaw.com

*Attorneys for Plaintiffs*

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send the document and notification of such filing to counsel of record.

*/s/ Kellyn M. Goler*
Kellyn M. Goler