# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

UMG RECORDINGS, INC.; CAPITAL
RECORDS, LLC; WARNER BROS.
RECORDS INC.; ATLANTIC RECORDING
CORPORATION; ELEKTRA
ENTERTAINMENT GROUP, INC.;
FUELED BY RAMEN, LLC; NONESUCH
RECORDS INC.; SONY MUSIC
ENTERTAINMENT; SONY MUSIC
ENTERTAINMENT US LATIN LLC;
ARISTA RECORDS LLC; LAFACE
RECORDS LLC; and ZOMBA RECORDING
LLC,

    Plaintiffs,

v.

TOFIG KURBANOV d/b/a FLVTO.BIZ and
2CONV.COM;
And DOES 1-10,

    Defendants.

**Case No.
1:18-CV-00957-CMH-TCB**

## DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS

Plaintiffs in this case appear to misunderstand the concept of a *two*-part Constitutional analysis, urging this Court not to consider additional materials provided by Defendant because the *first* prong of the two-part test has been resolved.

According to Plaintiffs, once a determination has been made (as the Fourth Circuit did) that Plaintiff met its *prima facie* burden of showing that the Defendant has sufficient minimum contacts with the forum, the Court need not consider the second prong of the test, which asks if an exercise of personal jurisdiction over the defendant would be constitutionally reasonable.

Not only would Plaintiffs have this Court forgo the five-factor reasonability test outlined by the Fourth Circuit in *Consulting Eng'rs Corp. v. Geometric Ltd.,* 561 F.3d 273, 277-79 (4th Cir. 2009) (citations omitted),[1] but they ask this Court also to interpret the remand from the Fourth Circuit – in which the Fourth Circuit instructed this Court to conduct the constitutionally-required reasonability analysis – to mean the precise opposite of what it says.

Although it is clear that Plaintiffs are anxious to bypass the required reasonability test, the Due Process Clause of the Constitution does not have an exception permitting such.

The documents submitted by Mr. Kurbanov are relevant to this Court's consideration of his Motion to Dismiss and his Motion to Supplement should be allowed.

Dated:  February 9, 2021

Respectfully submitted,

**TOFIG KURBANOV**

By Counsel

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
jgeiger@sandsanderson.com

---

[1] In determining if an exercise of personal jurisdiction is constitutionally reasonable, the Fourth Circuit has dictated the consideration of five factors: (1) the burden on the defendant of litigating in the forum; (2) the interest of the forum state in adjudicating the dispute; (3) the plaintiff's interest in obtaining convenient and effective relief; (4) the shared interest of the states in obtaining efficient resolution of disputes; and (5) the interests of the states in furthering substantive social policies.  *Consulting Eng'rs Corp. v. Geometric Ltd.*, 561 F.3d 273, 277-79 (4th Cir. 2009) (citations omitted).

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Evan@CFWLegal.com

/s/ Matthew Shayefar
Matthew Shayefar (*Pro hac vice*)
LAW OFFICE OF MATTHEW SHAYEFAR, PC
925 N La Brea Ave
West Hollywood, California 90038
Telephone: 323-948-8101
matt@shayefar.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2021, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing to the following:

Michael K. Lowman, Esquire
Jenner & Block LLP
1099 New York Ave, NW
Suite 900
Washington, DC 20001-4412
Email: mlowman@jenner.com
*Counsel for Plaintiffs*

Kenneth L. Doroshow, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: kdoroshow@jenner.com
*Counsel for Plaintiffs (admitted pro hac vice)*

Alison I. Stein, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: astein@jenner.com
*Counsel for Plaintiffs (admitted pro hac vice)*

Jonathan A. Langlinais, Esquire
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: jlanglinais@jenner.com
*Counsel for Plaintiffs (admitted pro hac vice)*

Matthew J. Oppenheim, Esquire
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Email: matt@oandzlaw.com
*Counsel for Plaintiffs*

4

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
jgeiger@sandsanderson.com