IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UMG RECORDINGS, INC., et al. | ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civil Action No. 1:18cv957 |
| TOFIG KURBANOV, et al. | ) ) ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED. The stay ordered September 18, 2020 is lifted. A revised scheduling order shall issue.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 30, 2021