UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:18-cv-00957-CMH-TCB |
| KURBANOV, *et al.*, | |
| *Defendants*. | |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rule 37, Plaintiffs respectfully move to compel Defendant Tofig Kurbanov ("Defendant") to produce: (1) documents Defendant initially agreed to produce but is now withholding, (2) documents Defendant claims do not exist but undoubtedly must exist, and (3) unredacted versions of documents Defendant produced with improper redactions.  For the reasons discussed in the accompanying memorandum in support, the Court should grant the motion.

**LOCAL RULE 37(E) CONFERRAL STATEMENT**

Counsel for Plaintiffs and Defendant exchanged emails concerning issues with Defendant's discovery responses and document production on May 13 and 17, 2021.  The parties' respective counsel then met and conferred by telephone and video on May 19, 2021.  Despite their good faith efforts, the parties were unable to resolve the discovery matters at issue.

Respectfully submitted,

Dated May 26, 2021
/s/ Scott A. Zebrak
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Lucy Grace D. Noyola (*pro hac vice*)
Kellyn M. Goler (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
matt@oandzlaw.com
lucy@oandzlaw.com
kellyn@oandzlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send the document and notification of such filing to counsel of record.

               */s/ Scott A. Zebrak*
               Scott A. Zebrak