UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-957 (CMH/TCB) |
| ) | |
| TOFIG KURBANOV, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel Production of Documents (Dkt. 91) is **GRANTED**. Defendant shall fully respond to Plaintiffs' discovery requests by Friday, June 11, 2021. Plaintiffs are entitled to expenses associated with this motion pursuant to Federal Rule of Civil Procedure 37(a)(5) and shall submit a statement of fees and costs.

Defendant is advised that failure to comply with this Order may result in the entry of sanctions, including default judgment, pursuant to Federal Rule of Civil Procedure 37(b)(2).

ENTERED this 4th day of June, 2021.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia