UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KURBANOV, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRESERVATION AND PRODUCTION OF WEB SERVER DATA**

Having considered Plaintiffs' Motion to Compel Preservation and Production of Web Server Data, filed on June 16, 2021, as well as any opposition, reply, and oral argument, it is hereby ORDERED that the Motion is GRANTED.  Accordingly, Defendant Tofig Kurbanov is hereby ordered to preserve and produce the web server data requested by Plaintiffs.

It is so ORDERED this _____ day of June, 2021.

_____
Theresa Carroll Buchanan
United States Magistrate Judge