UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARROLL BUCHANAN</u>

## MOTION HEARING

Date: __6/25/21__
Start: __10:07 A.M.__
Finish: __10:42 A.M.__
Reporter: <u>FTR</u>
Deputy Clerk: <u>Tina Fitzgerald</u>

Civil Action Number: __18CV957__

__UMG Recordings, Inc. et al.__

vs.

__Kurbanov, et al.__

Appearance of Counsel for ( X ) Plaintiff  ( X ) Defendant  (  ) Pro Se

Motion __to Compel - DE # 98__

(  ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted  (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to

(  ) Report and Recommendation to Follow

( X ) Order to Follow

(  ) Rule To Show Cause to be Issued