UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-957 (CMH/TCB) ) |
| TOFIG KURBNOV, *et al.*, | ) ) |
| Defendants. | ) ) |

### ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel Preservation and Production of Web Server Data (Dkt. 98) is **GRANTED**.

ENTERED this 25th day of June, 2021.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia