**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC.; et al.<br>    Plaintiffs,<br><br>v.<br><br>TOFIG KURBANOV, et al.<br>    Defendants. | **Case No.<br>1:18-CV-00957-CMH-TCB** |

**DEFENDANT'S OBJECTIONS TO
MAGISTRATE JUDGE'S JUNE 25, 2021 ORDER REQUIRING THE
CREATION OF MATERIALS  FOR PRODUCTION IN DISCOVERY**

Pursuant to Fed. R. Civ. P. 72(a), Defendant Tofig Kurbanov ("Mr. Kurbanov") objects to the Magistrate Judge's June 25, 2021 Order (Doc. 105) granting Plaintiffs' Motion to Compel the Preservation and Production of Web Server Data ("Plaintiffs' Motion") (Doc. 98) for the reasons set forth in the hearing and in the accompany Memorandum in Support.

WEHERFORE, Mr. Kurbanov requests respectfully that his objections be sustained and that the Magistrate Judge's June 25, 2021 Order granting the Plaintiffs' Motion be set aside.

Dated:  July 2, 2021                                           Respectfully submitted,

                                                                              **TOFIG KURBANOV**

                                                                              By Counsel

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
jgeiger@sandsanderson.com


/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Evan@CFWLegal.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Scott A. Zebrak, Esquire
Matthew J. Oppenheim, Esquire
Lucy Grace D. Noyola, Esquire
Kellyn M. Goler, Esquire
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Email: scott@oandzlaw.com
   matt@oandzlaw.com
   lucy@oandzlaw.com
   kellyn@oandzlaw.com
*Counsel for Plaintiffs*

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
jgeiger@sandsanderson.com