IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:18cv957 |
| TOFIG KURBANOV, et al., | ) | |
| Defendants. | ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Objection to the Order of the Magistrate Judge.

The Court finds that the June 25, 2021 Order of the Magistrate Judge is neither clearly erroneous nor contrary to law. It is hereby

ORDERED that the June 25, 2021 Order of the Magistrate Judge is AFFIRMED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 19, 2021