UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KURBANOV, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

### MOTION TO WITHDRAW AS COUNSEL FOR TOFIG KURBANOV

Pursuant to Local Civil Rule 83.1(G), Val Gurvits, Matthew Shayefar, Evan Fray-Witzer, and Jeffrey Geiger**,** counsel for Defendant Tofig Kurbanov ("Counsel for Defendant"), respectfully request this Court grant them leave to withdraw as counsel in this proceeding.  The reasons and authorities in support of this motion are set forth in the supporting memorandum filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Counsel for Defendant respectfully request that the Court allow their motion to withdraw as counsel for Mr. Kurbanov.

Dated: July 23, 2021

**Respectfully Submitted:**

/s/ Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
Facsimile: (804) 783-7291
jgeiger@sandsanderson.com

1

2

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

    Scott A. Zebrak, Esquire
    Matthew J. Oppenheim, Esquire
    Lucy Grace D. Noyola, Esquire
    Kellyn M. Goler, Esquire
    Oppenheim + Zebrak, LLP
    4530 Wisconsin Avenue, NW, 5th Floor
    Washington, DC 20016
    Email: scott@oandzlaw.com
           matt@oandzlaw.com
           lucy@oandzlaw.com
           kellyn@oandzlaw.com
    *Counsel for Plaintiffs*

In addition, I hereby certify that on the 23rd day of July, 2021, an electronic copy of this document has been served on Mr. Kurbanov via email.

                                            /s/ Jeffrey H. Geiger
                                            Jeffrey H. Geiger