UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UMG RECORDINGS, INC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-957 (CMH/TCB) |
| | ) |
| TOFIG KURBANOV, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Val Gurvits, Matthew Shayefar, Evan Fray-Witzer, and Jefferey Geiger's Motion to Withdraw as Counsel for Tofig Kurbanov. (Dkt. 114.) Plaintiffs do not object to the motion, but request that the Court suspend discovery pending their motion for sanctions. (Dkt 117.) Accordingly, it is hereby

**ORDERED** that the Motion (Dkt. 114) is **DENIED**; and it is further

**ORDERED** that discovery and the final pretrial conference are **SUSPENDED** until after the Court rules on Plaintiffs' motion for sanctions. Plaintiffs are directed to promptly file their motion for sanctions; and it is further

**ORDERED** that the hearing set for Friday, July 30, 2021 is **CANCELLED**.

ENTERED this 27th day of July, 2021.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia