## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KURBANOV, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37

THIS COURT, having reviewed and considered Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 37, filed on August 4, 2021, as well as any opposition, reply, and oral argument, finds good cause to GRANT the Motion.

This Court hereby recommends that Plaintiffs' Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 37 should be GRANTED and that default judgment as to liability should be entered against Defendant Tofig Kurbanov and in favor of Plaintiffs on Counts 1–5 of the Complaint.

Within thirty (30) days, Plaintiffs shall file their request for damages, injunctive relief, and attorneys' fees.

It is so ORDERED this _____ day of August, 2021.

_____
Theresa Carroll Buchanan
United States Magistrate Judge