UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN

## MOTION HEARING

Date: 8/27/21
Start: 9:58 AM
Finish: 10:16 AM
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: 18CV957

UMG Recordings, Inc. et al

vs.

Kurbanov, et al

Appearance of Counsel for ( X ) Plaintiff  ( X ) Defendant  ( ) Pro Se

Motion For Default Judgment as to Tofig Kurbanov - DE#119

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted  ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to

( ) Report and Recommendation to Follow

( ) Order to Follow

( ) Rule To Show Cause to be Issued