UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KURBANOV, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

## NOTICE OF PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's instructions issued at the August 27, 2021 hearing on Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 37, *see* ECF No. 125, Plaintiffs hereby submit the attached proposed order setting forth a schedule for the parties' briefing on remedies following the Court's grant of Plaintiffs' Motion for Default Judgment.

Plaintiffs have conferred with counsel for Defendant, and neither Defendant nor Defendant's counsel opposes the proposed briefing schedule.

Respectfully submitted,

Dated September 2, 2021

/s/ Scott A. Zebrak
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Lucy Grace D. Noyola (*pro hac vice*)
Kellyn M. Goler (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
matt@oandzlaw.com
lucy@oandzlaw.com
kellyn@oandzlaw.com

*Attorneys for Plaintiffs*