IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-957 |
| | ) | |
| | ) | |
| TOFIG KURBANOV, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 15, 2021. The parties have not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and default judgment be entered in favor of the Plaintiffs.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~September~~ October ___1___, 2021