AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Eastern District of Virginia<br>Albert V. Bryan U.S. Courthouse |
|---|---|
| DOCKET NO.<br>1:18cv957-CMH-TCB | DATE FILED<br>8/3/2018 | 401 Courthouse Square<br>Alexandria, VA 22314 |

| PLAINTIFF<br>UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC | DEFENDANT<br>TOFIG KURBANOV and DOES 1–10, d/b/a FLVTO.BIZ and 2CONV.COM |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached Exhibit A. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>FERNANDO GALINDO | (BY) DEPUTY CLERK<br>K.Galluzzo | DATE<br>10/1/2021 |
|---|---|---|

| | | |
|---|---|---|
| **DISTRIBUTION:** | 1) Upon initiation of action,<br>    mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s),<br>    mail copy to Register of Copyrights | 3) Upon termination of action,<br>    mail copy to Register of Copyrights |
| | 4) In the event of an appeal, forward copy to Appellate Court | 5) Case File Copy | |

**EXHIBIT A: WORKS IN SUIT**

|  | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 1 | Capitol Records, LLC | Jennifer Lopez | Booty | 750-734 |
| 2 | Capitol Records, LLC | Katy Perry | Hot N Cold | 638-214 |
| 3 | Capitol Records, LLC | Katy Perry | Teenage Dream | 662-267 |
| 4 | Capitol Records, LLC | Keith Urban | Only You Can Love Me This Way | 656-713 |
| 5 | Capitol Records, LLC | Mary J. Blige | Right Now | 763-103 |
| 6 | Capitol Records, LLC | Snoop Dogg | I Wanna Rock | 636-392 |
| 7 | UMG Recordings, Inc. | 2 Chainz | Watch Out | 770-658 |
| 8 | UMG Recordings, Inc. | 2 Chainz | Smell Like Money | 779-295 |
| 9 | UMG Recordings, Inc. | 2 Chainz | Bentley Truck | 779-295 |
| 10 | UMG Recordings, Inc. | Alessia Cara | Here | 764-950 |
| 11 | UMG Recordings, Inc. | American Authors | Go Big Or Go Home | 765-493 |
| 12 | UMG Recordings, Inc. | Ariana Grande | Best Mistake | 757-296 |
| 13 | UMG Recordings, Inc. | Ariana Grande | Hands On Me | 757-296 |
| 14 | UMG Recordings, Inc. | Ariana Grande | Santa Baby | 736-024 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 15 | UMG Recordings, Inc. | Ariana Grande | Right There | 729-457 |
| 16 | UMG Recordings, Inc. | August Alsina | Hip Hop | 764-632 |
| 17 | UMG Recordings, Inc. | August Alsina | Why I Do It | 773-045 |
| 18 | UMG Recordings, Inc. | August Alsina | Don't Forget About Me | 729-384 |
| 19 | UMG Recordings, Inc. | Babyface | Something Bout You | 777-036 |
| 20 | UMG Recordings, Inc. | Barry Manilow | My Dream Duets (QVC Version) | 759-084 |
| 21 | UMG Recordings, Inc. | Big K.R.I.T. | King Of The South | 757-043 |
| 22 | UMG Recordings, Inc. | Bob Marley & The Wailers | Put It On | NF139 / RE0000860713 |
| 23 | UMG Recordings, Inc. | Bob Marley & The Wailers | No Woman No Cry | NF2048 / RE0000906116 |
| 24 | UMG Recordings, Inc. | Bone Thugs-N-Harmony | Lil Love | 406-929 |
| 25 | UMG Recordings, Inc. | BORNS | Candy EP | 753-780 |
| 26 | UMG Recordings, Inc. | Brandon Flowers | Can't Deny My Love | 768-372 |
| 27 | UMG Recordings, Inc. | Calibre 50 | Contigo (Walmart Deluxe Edition) | 753-505 |
| 28 | UMG Recordings, Inc. | Chamillionaire | Southern Takeover | 381-901 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 29 | UMG Recordings, Inc. | Chief Keef | Finally Rich | 716-290 |
| 30 | UMG Recordings, Inc. | Chino & Nacho feat. Farruko | Me Voy Enamorando (Remix) | 762-486 |
| 31 | UMG Recordings, Inc. | Chris Stapleton | Traveller | 768-426 |
| 32 | UMG Recordings, Inc. | Common | Nobody's Smiling (Target Deluxe) | 755-956 |
| 33 | UMG Recordings, Inc. | Common | Southside | 614-853 |
| 34 | UMG Recordings, Inc. | David Nail | Night's On Fire | 770-024 |
| 35 | UMG Recordings, Inc. | Diana Krall | Wallflower (Deluxe Edition) | 766-058 |
| 36 | UMG Recordings, Inc. | Erykah Badu | Back In The Day | 341-636 |
| 37 | UMG Recordings, Inc. | Fabolous | When I Feel Like It | 726-996 |
| 38 | UMG Recordings, Inc. | Fabolous | Ball Drop | 755-656 |
| 39 | UMG Recordings, Inc. | Fall Out Boy | Uma Thurman | 766-286 |
| 40 | UMG Recordings, Inc. | Far East Movement | Rocketeer | 664-587 |
| 41 | UMG Recordings, Inc. | Florida Georgia Line | Anything Goes (Target Deluxe) | 760-515 |
| 42 | UMG Recordings, Inc. | Florida Georgia Line | Get Your Shine On | 708-128 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 43 | UMG Recordings, Inc. | Foxy Brown | Get Me Home (feat. Blackstreet) | 766-149 |
| 44 | UMG Recordings, Inc. | Gaslight Anthem | Get Hurt (Best Buy Deluxe) | 755-607 |
| 45 | UMG Recordings, Inc. | Gwen Stefani | Baby Don't Lie | 752-187 |
| 46 | UMG Recordings, Inc. | Gwen Stefani | Hollaback Girl | 364-759 |
| 47 | UMG Recordings, Inc. | Jadakiss | By Your Side | 362-155 |
| 48 | UMG Recordings, Inc. | James Bay | Chaos And The Calm | 766-215 |
| 49 | UMG Recordings, Inc. | James Bay | Let It Go | 750-586 |
| 50 | UMG Recordings, Inc. | Jeezy | Hustlaz Holidays | 776-087 |
| 51 | UMG Recordings, Inc. | Jeezy | Church In These Streets | 773-307 |
| 52 | UMG Recordings, Inc. | Jeremih | Don't Tell 'Em | 745-075 |
| 53 | UMG Recordings, Inc. | Jeremih | Planes | 757-030 |
| 54 | UMG Recordings, Inc. | Jeremih | Tonight Belongs To U | 764-928 |
| 55 | UMG Recordings, Inc. | Jhene Aiko | Souled Out (Target Exclusive) | 758-150 |
| 56 | UMG Recordings, Inc. | K Camp | Comfortable | 767-416 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 57 | UMG Recordings, Inc. | Kacey Musgraves | Dime Store Cowgirl | 769-033 |
| 58 | UMG Recordings, Inc. | Kacey Musgraves | Pageant Material | 769-034 |
| 59 | UMG Recordings, Inc. | Kem | Promise To Love (Target Deluxe) | 759-369 |
| 60 | UMG Recordings, Inc. | Keyshia Cole | Let It Go | 408-737 |
| 61 | UMG Recordings, Inc. | Kip Moore | I'm To Blame | 757-652 |
| 62 | UMG Recordings, Inc. | Lil Durk | She Just Wanna | 791-051 |
| 63 | UMG Recordings, Inc. | Logic | Under Pressure (Deluxe) | 760-985 |
| 64 | UMG Recordings, Inc. | Ludacris | Ludaversal | 768-222 |
| 65 | UMG Recordings, Inc. | Ludacris | Party Girls | 738-227 |
| 66 | UMG Recordings, Inc. | Maroon 5 | Animals | 763-862 |
| 67 | UMG Recordings, Inc. | Maroon 5 | V (Deluxe) | 763-864 |
| 68 | UMG Recordings, Inc. | Mary J. Blige | I'm Goin' Down | 766-155 |
| 69 | UMG Recordings, Inc. | Mat Kearney | JUST KIDS (Target Deluxe) | 765-627 |
| 70 | UMG Recordings, Inc. | Method Man | All I Need | 755-374 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 71 | UMG Recordings, Inc. | Mike Posner | The Truth EP | 768-540 |
| 72 | UMG Recordings, Inc. | Mila J | Smoke, Drink, Break-Up | 739-846 |
| 73 | UMG Recordings, Inc. | Nelly | Hot In Herre | 315-537 |
| 74 | UMG Recordings, Inc. | Nelly | Air Force Ones | 315-537 |
| 75 | UMG Recordings, Inc. | Neon Trees | Sleeping With A Friend | 734-412 |
| 76 | UMG Recordings, Inc. | Neon Trees | Songs I Can't Listen To | 764-637 |
| 77 | UMG Recordings, Inc. | Ne-Yo | Non-Fiction (Target Deluxe) | 766-424 |
| 78 | UMG Recordings, Inc. | Ne-Yo | Who's Taking You Home | 766-289 |
| 79 | UMG Recordings, Inc. | Owl City | Mobile Orchestra | 769-042 |
| 80 | UMG Recordings, Inc. | Rise Against | The Black Market | 753-236 |
| 81 | UMG Recordings, Inc. | Sage The Gemini | Good Thing | 765-498 |
| 82 | UMG Recordings, Inc. | Sam Hunt | Montevallo | 763-130 |
| 83 | UMG Recordings, Inc. | Selena Gomez | Good For You | 768-302 |
| 84 | UMG Recordings, Inc. | Selena Gomez | Hands To Myself | 773-199 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 85 | UMG Recordings, Inc. | Shawn Mendes | Handwritten (Target Deluxe) | 769-727 |
| 86 | UMG Recordings, Inc. | Shawn Mendes | Stitches | 769-732 |
| 87 | UMG Recordings, Inc. | Silento | Watch Me (Whip/Nae Nae) | 764-649 |
| 88 | UMG Recordings, Inc. | Snoop Dogg | Ups & Downs | 364-858 |
| 89 | UMG Recordings, Inc. | The Black Eyed Peas | Pump It | 378-166 |
| 90 | UMG Recordings, Inc. | The Game | Let's Ride | 395-250 |
| 91 | UMG Recordings, Inc. | Timeflies | NSFW | 759-530 |
| 92 | UMG Recordings, Inc. | Toni Braxton | Hurt You | 746-037 |
| 93 | UMG Recordings, Inc. | Vince Staples | Summertime '06 | 769-424 |
| 94 | UMG Recordings, Inc. | Weezer | Everything Will Be Alright In The End | 762-642 |
| 95 | UMG Recordings, Inc. | will.I.Am | #thatPOWER | 720-059 |
| 96 | UMG Recordings, Inc. | Yelawolf | Till It's Gone | 750-133 |
| 97 | UMG Recordings, Inc. | YG | Twist My Fingaz | 770-185 |
| 98 | UMG Recordings, Inc. | Zedd | I Want You To Know | 759-731 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 99 | UMG Recordings, Inc. | Zedd | True Colors (Target Exclusive) | 768-812 |
| 100 | UMG Recordings, Inc. | Zedd | Find You | 738-213 |
| 101 | Atlantic Recording Corporation | Action Bronson | Easy Rider | 768-544 |
| 102 | Atlantic Recording Corporation | Action Bronson | The Rockers (feat. Wiz Khalifa) | 748-770 |
| 103 | Atlantic Recording Corporation | B.o.B | Back Me Up | 753-682/753-681 |
| 104 | Atlantic Recording Corporation | Brandy | Afrodisiac | 370-673 |
| 105 | Atlantic Recording Corporation | Brandy | Best Friend | 202-696 |
| 106 | Atlantic Recording Corporation | Brandy | Brokenhearted (feat. Wanya Morris) [Single Version] | 373-291 |
| 107 | Atlantic Recording Corporation | Brett Eldredge | Bring You Back | 751-747 |
| 108 | Atlantic Recording Corporation | Bruno Mars | Gorilla | 756-206/715-738 |
| 109 | Atlantic Recording Corporation | Bruno Mars | It Will Rain | 705-798 |
| 110 | Atlantic Recording Corporation | Bruno Mars | Locked Out Of Heaven | 715-738/756-206 |
| 111 | Atlantic Recording Corporation | Bruno Mars | When I Was Your Man | 715-738/756-206 |
| 112 | Atlantic Recording Corporation | Bruno Mars | Versace On The Floor | 791-729 |

8

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 113 | Atlantic Recording Corporation | Charlie Puth | Marvin Gaye (feat. Meghan Trainor) | 773-389 |
| 114 | Atlantic Recording Corporation | Charlie Puth | One Call Away | 780-292 |
| 115 | Atlantic Recording Corporation | Christina Perri | Human | 775-419 |
| 116 | Atlantic Recording Corporation | Collective Soul | December | 207-109 |
| 117 | Atlantic Recording Corporation | Death Cab For Cutie | Different Names for the Same Thing | 383-758 |
| 118 | Atlantic Recording Corporation | DLOW | Do It Like Me | 786-290 |
| 119 | Atlantic Recording Corporation | Flo Rida | Come With Me | 672-870 |
| 120 | Atlantic Recording Corporation | Flo Rida | GDFR (feat. Sage The Gemini & Lookas) | 808-466 |
| 121 | Atlantic Recording Corporation | Flo Rida | My House | 808-466 |
| 122 | Atlantic Recording Corporation | Galantis | No Money | 787-024 |
| 123 | Atlantic Recording Corporation | Galantis | Peanut Butter Jelly | 773-121 |
| 124 | Atlantic Recording Corporation | Galantis | Runaway (U & I) | 773-121 |
| 125 | Atlantic Recording Corporation | Gucci Mane | At Least a M | 787-423/787-422 |
| 126 | Atlantic Recording Corporation | Gucci Mane & Waka Flocka Flame | Ferrari Boyz | 693-090 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 127 | Atlantic Recording Corporation | Hunter Hayes | I Want Crazy | 748-751 |
| 128 | Atlantic Recording Corporation | James Blunt | You're Beautiful | 393-742 |
| 129 | Atlantic Recording Corporation | Jennifer Love Hewitt | Cool With You | 227-488 |
| 130 | Atlantic Recording Corporation | K. Michelle | Pay My Bills | 757-368/757-367 |
| 131 | Atlantic Recording Corporation | Kevin Gates | 2 Phones | 780-993/781-021 |
| 132 | Atlantic Recording Corporation | Kevin Gates | La Familia | 780-993/781-021 |
| 133 | Atlantic Recording Corporation | Kevin Gates | Really Really | 780-993/781-021 |
| 134 | Atlantic Recording Corporation | Lil' Kim | No Matter What They Say | 286-624 |
| 135 | Atlantic Recording Corporation | Lil Uzi Vert | Money Longer | 796-468 |
| 136 | Atlantic Recording Corporation | Lupe Fiasco | Madonna (And Other Mothers In The Hood) [feat. Nikki Jean] | 768-374 |
| 137 | Atlantic Recording Corporation | Lupe Fiasco | Paris, Tokyo | 639-320 |
| 138 | Atlantic Recording Corporation | Melanie Martinez | Alphabet Boy | 774-057 |
| 139 | Atlantic Recording Corporation | Melanie Martinez | Carousel | 774-057 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 140 | Atlantic Recording Corporation | Melanie Martinez | Pity Party | 774-057 |
| 141 | Atlantic Recording Corporation | Missy Elliott | Ching-A-Ling | 639-294 |
| 142 | Atlantic Recording Corporation | Omarion | Post To Be (feat. Chris Brown & Jhene Aiko) | 790-873/789-927 |
| 143 | Atlantic Recording Corporation | Pleasure P | Did You Wrong | 664-209/706-632 |
| 144 | Atlantic Recording Corporation | Pretty Ricky | Grind With Me | 376-229 |
| 145 | Atlantic Recording Corporation | Sevyn Streeter | Come On Over | 767-221/753-665 |
| 146 | Atlantic Recording Corporation | Simple Plan | Your Love Is A Lie | 639-323 |
| 147 | Atlantic Recording Corporation | Skillet | Hero | 657-156/657-152 |
| 148 | Atlantic Recording Corporation | Tank | You're My Star | 772-092 |
| 149 | Atlantic Recording Corporation | TGT | Next Time Around | 756-111 |
| 150 | Atlantic Recording Corporation | Trans-Siberian Orchestra | This Is Who You Are | 284-961 |
| 151 | Atlantic Recording Corporation | Trey Songz | Simply Amazing | 715-080 |
| 152 | Atlantic Recording Corporation | Twista | Badunkadunk | 360-486 |
| 153 | Atlantic Recording Corporation | Twista | Overnight Celebrity | 360-486 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 154 | Atlantic Recording Corporation | Ty Dolla $ign | Horses In The Stable | 773-784 |
| 155 | Atlantic Recording Corporation | Vance Joy | Riptide | 772-675 |
| 156 | Atlantic Recording Corporation | Wiz Khalifa | Black and Yellow | 703-969/703-961 |
| 157 | Atlantic Recording Corporation | Wiz Khalifa | See You Again (feat. Charlie Puth) | 768-651/770-930 |
| 158 | Atlantic Recording Corporation | Wiz Khalifa | We Dem Boyz | 780-218/780-234 |
| 159 | Elektra Entertainment Group Inc. | Alana Davis | 32 Flavors | 245-201 |
| 160 | Elektra Entertainment Group Inc. | Bruno Mars | Grenade | 671-062 |
| 161 | Elektra Entertainment Group Inc. | Bruno Mars | Just the Way You Are | 671-062 |
| 162 | Elektra Entertainment Group Inc. | Bruno Mars | Marry You | 671-062 |
| 163 | Elektra Entertainment Group Inc. | Bruno Mars | Runaway Baby | 671-062 |
| 164 | Elektra Entertainment Group Inc. | Bruno Mars | The Lazy Song | 671-062 |
| 165 | Elektra Entertainment Group Inc. | Bryan White | So Much for Pretending | 227-463 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 166 | Elektra Entertainment Group Inc. | Jet | Are You Gonna Be My Girl? | 343-668 |
| 167 | Elektra Entertainment Group Inc. | Missy Elliott | Get Ur Freak On | 297-686 |
| 168 | Elektra Entertainment Group Inc. | Nada Surf | Popular | 225-933 |
| 169 | Elektra Entertainment Group Inc. | The Format | On Your Porch | 343-055 |
| 170 | Fueled By Ramen LLC | Twenty One Pilots | Stressed Out | 772-681 |
| 171 | Nonesuch Records Inc. | Clint Mansell | Marion Barfs | 303-613 |
| 172 | Warner Bros. Records Inc. | Bebe Rexha | No Broken Hearts (feat. Nicki Minaj) | 781-324 |
| 173 | Warner Bros. Records Inc. | Big Daddy Kane | Ain't No Half-Steppin' | 96-716 |
| 174 | Warner Bros. Records Inc. | Disturbed | The Sound Of Silence | 775-134 |
| 175 | Warner Bros. Records Inc. | Faith Hill | Cry | 321-377 |
| 176 | Warner Bros. Records Inc. | Fleetwood Mac | Little Lies | 80-985 |
| 177 | Warner Bros. Records Inc. | Frankie Ballard | Tell Me You Get Lonely | 694-426 |
| 178 | Warner Bros. Records Inc. | George Benson | Breezin' | N31278 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 179 | Warner Bros. Records Inc. | Idina Menzel | Defying Gravity | 611-146 |
| 180 | Warner Bros. Records Inc. | Jason Derulo | Get Ugly | 774-211 |
| 181 | Warner Bros. Records Inc. | Jason Derulo | If It Ain't Love | 775-353 |
| 182 | Warner Bros. Records Inc. | Jason Derulo | Want To Want Me | 774-211 |
| 183 | Warner Bros. Records Inc. | Jason Derulo | Whatcha Say | 685-175 |
| 184 | Warner Bros. Records Inc. | Linkin Park | New Divide | 656-468 |
| 185 | Warner Bros. Records Inc. | MAC MILLER | Rush Hour | 774-108 |
| 186 | Warner Bros. Records Inc. | Madonna | Like A Virgin | 58-389 |
| 187 | Warner Bros. Records Inc. | Mike Jones | Back Then | 374-374 |
| 188 | Warner Bros. Records Inc. | Neil Young | Four Strong Winds | 4-340 |
| 189 | Warner Bros. Records Inc. | Prince | I Wanna Be Your Lover | 12-043 |
| 190 | Warner Bros. Records Inc. | Prince | If I Was Your Girlfriend | 82-403 |
| 191 | Warner Bros. Records Inc. | Prince | Uptown | 21-987 |
| 192 | Warner Bros. Records Inc. | Prince & The New Power Generation | Cream | 135-489 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 193 | Warner Bros. Records Inc. | Prince & The Revolution | When Doves Cry | 54-684 |
| 194 | Warner Bros. Records Inc. | Steve Jablonsky | Arrival To Earth | 630-797 |
| 195 | Warner Bros. Records Inc. | Tegan and Sara | Closer | 719-499 |
| 196 | Warner Bros. Records Inc. | The Flaming Lips | The W.A.N.D. | 393-633 |
| 197 | Warner Bros. Records Inc. | Theophilus London | Can't Stop (feat. Kanye West) | 764-861 |
| 198 | Warner Bros. Records Inc. | Wiz Khalifa | Say Yeah | 644-167 |
| 199 | Warner Bros. Records Inc. | Wu-Tang Clan | Necklace | 764-860 |
| 200 | Warner Bros. Records Inc. | Zapp | Computer Love | 66-947 |
| 201 | Arista Records LLC | Avril Lavigne | Complicated | 319-397 |
| 202 | Arista Records LLC | Baby Bash | Cyclone | 627-153 |
| 203 | Arista Records LLC | Babyface | Grown & Sexy | 395-581 |
| 204 | Arista Records LLC | Babyface | There She Goes | 298-052 |
| 205 | Arista Records LLC | Isyss | Day+Night | 306-563 |
| 206 | Arista Records LLC | Jennifer Hudson | Spotlight | 618-088 |
| 207 | Arista Records LLC | Outkast | Rosa Parks | 264-091 |
| 208 | Arista Records LLC | Paula DeAnda | Doing Too Much | 393-631 |
| 209 | Arista Records LLC | Santana ft. Michelle Branch | The Game of Love | 325-816 |

|  | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 210 | Arista Records LLC | Sarah McLachlan | Wintersong | 399-074 |
| 211 | LaFace Records LLC | Ciara ft. Chamillionaire | Get Up | 388-894 |
| 212 | LaFace Records LLC | Kelis | What's Right There | 395-929 |
| 213 | LaFace Records LLC | Outkast | Jazzy Belle | 233-296 |
| 214 | LaFace Records LLC | Pink | So What | 619-959 |
| 215 | LaFace Records LLC | Pink | Sober | 619-959 |
| 216 | LaFace Records LLC | TLC | Creep | 198-743 |
| 217 | LaFace Records LLC | Toni Braxton | He Wasn't Man Enough | 287-194 |
| 218 | LaFace Records LLC | Usher | Moving Mountains | 620-940 |
| 219 | LaFace Records LLC | Usher | One Day You'll Be Mine | 257-730 |
| 220 | LaFace Records LLC | Usher | Think of You | 200-154 |
| 221 | Sony Music Entertainment | A Great Big World & Christina Aguilera | Say Something | 736-234 |
| 222 | Sony Music Entertainment | A$AP Rocky | Everyday | 768-267 |
| 223 | Sony Music Entertainment | Beyonce | OX | 747-291 |
| 224 | Sony Music Entertainment | Brad Paisley | River Bank | 743-012 |
| 225 | Sony Music Entertainment | Britney Spears & Iggy Azalea | Pretty Girls | 758-502 |
| 226 | Sony Music Entertainment | Calvin Harris | Pray To God | 763-016 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 227 | Sony Music Entertainment | Calvin Harris | Summer | 763-015 |
| 228 | Sony Music Entertainment | Carrie Underwood | Something In the Water | 752-448 |
| 229 | Sony Music Entertainment | Chris Brown | Loyal | 760-918 |
| 230 | Sony Music Entertainment | Chris Brown, featuring Usher and Rick Ross | New Flame | 760-917 |
| 231 | Sony Music Entertainment | Ciara | Body Party | 724-526 |
| 232 | Sony Music Entertainment | Daft Punk | Get Lucky | 725-802 |
| 233 | Sony Music Entertainment | Ella Henderson | Ghost | 766-237 |
| 234 | Sony Music Entertainment | Elle King | America's Sweetheart | 766-256 |
| 235 | Sony Music Entertainment | Elle King | Ex's & Oh's | 766-187 |
| 236 | Sony Music Entertainment | Fifth Harmony | Sledgehammer | 768-357 |
| 237 | Sony Music Entertainment | Fifth Harmony | Worth It | 768-360 |
| 238 | Sony Music Entertainment | Gavin DeGraw | Make A Move | 734-390 |
| 239 | Sony Music Entertainment | Hozier | Take Me To Church | 763-599 |
| 240 | Sony Music Entertainment | Jake Owen | Beachin' | 737-050 |

|  | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 241 | Sony Music Entertainment | John Legend | All of Me | 732-356 |
| 242 | Sony Music Entertainment | Ke$ha | Die Young | 715-271 |
| 243 | Sony Music Entertainment | Kelly Clarkson | Catch My Breath | 714-019 |
| 244 | Sony Music Entertainment | Kelly Clarkson | Heartbeat Song | 765-819 |
| 245 | Sony Music Entertainment | Kenny Chesney | American Kids | 744-302 |
| 246 | Sony Music Entertainment | Kid Ink, featuring Chris Brown | Show Me | 742-549 |
| 247 | Sony Music Entertainment | Magic! | Rude | 763-612 |
| 248 | Sony Music Entertainment | Meghan Trainor | All About That Bass | 758-102 |
| 249 | Sony Music Entertainment | Meghan Trainor, feat. John Legend | Like I'm Gonna Lose You | 766-270 |
| 250 | Sony Music Entertainment | Miguel | Adorn | 709-268 |
| 251 | Sony Music Entertainment | Mikky Ekko | Smile | 769-228 |
| 252 | Sony Music Entertainment | Miley Cyrus | We Can't Stop | 726-503 |
| 253 | Sony Music Entertainment | Miranda Lambert | Platinum | 753-655 |
| 254 | Sony Music Entertainment | Miranda Lambert | Smokin' and Drinkin' | 753-655 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 255 | Sony Music Entertainment | Miranda Lambert & Carrie Underwood | Somethin' Bad | 753-655 |
| 256 | Sony Music Entertainment | MKTO | Classic | 754-326 |
| 257 | Sony Music Entertainment | Olly Murs | Troublemaker | 727-210 |
| 258 | Sony Music Entertainment | One Direction | Best Song Ever | 737-314 |
| 259 | Sony Music Entertainment | One Direction | Story of My Life | 740-364 |
| 260 | Sony Music Entertainment | P!nk | Just Give Me A Reason | 709-056 |
| 261 | Sony Music Entertainment | P!nk | Try | 709-056 |
| 262 | Sony Music Entertainment | Pitbull | Feel This Moment | 714-643 |
| 263 | Sony Music Entertainment | Pitbull | Timber | 737-322 |
| 264 | Sony Music Entertainment | Rachel Platten | Fight Song | 758-820 |
| 265 | Sony Music Entertainment | Shakira | Can't Remember To Forget You | 756-301 |
| 266 | Sony Music Entertainment | Sia | Chandelier | 756-331 |
| 267 | Sony Music Entertainment | The Neighbourhood | Afraid | 729-095 |
| 268 | Sony Music Entertainment | The Neighbourhood | Sweater Weather | 729-095 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 269 | Sony Music Entertainment | Walk The Moon | Shut Up and Dance | 764-108 |
| 270 | Sony Music Entertainment | Alicia Keys | Girl On Fire (Inferno Version) | 714-751 |
| 271 | Sony Music Entertainment | Beyonce | ***Flawless | 747-291 |
| 272 | Sony Music Entertainment | Beyonce | Drunk In Love | S747-291 |
| 273 | Sony Music Entertainment | Chris Brown | Turn Up the Music | 711-816 |
| 274 | Sony Music Entertainment | Christina Aguilera | Ain't No Other Man | 719-409 |
| 275 | Sony Music Entertainment | Five For Fighting | 100 Years | 698-020 |
| 276 | Sony Music Entertainment | Justin Timberlake | Mirrors | 736-613 |
| 277 | Sony Music Entertainment | Justin Timberlake | Suit & Tie | 714-855 |
| 278 | Sony Music Entertainment | Martika | Love... Thy Will Be Done | 135-270 |
| 279 | Sony Music Entertainment | Miley Cyrus | Wrecking Ball | 735-241 |
| 280 | Sony Music Entertainment | Sade | No Ordinary Love | 183-731 |
| 281 | Sony Music Entertainment | Sara Bareilles | Brave | 727-192 |
| 282 | Sony Music Entertainment | Sean Kingston | Beautiful Girls | 730-825 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 283 | Sony Music Entertainment | T-Pain ft. Chris Brown | Best Love Song | 706-396 |
| 284 | Sony Music Entertainment US Latin LLC | Chayanne | Salome | 711-049 |
| 285 | Sony Music Entertainment US Latin LLC | Ednita Nazario | Sin Querer | 727-222 |
| 286 | Sony Music Entertainment US Latin LLC | Grupo Niche | Una Aventura | 727-175 |
| 287 | Sony Music Entertainment US Latin LLC | Juan Gabriel | Abrazame Muy Fuerte | 714-818 |
| 288 | Sony Music Entertainment US Latin LLC | Limi-T21 | Solo Busco Amor | 740-358 |
| 289 | Sony Music Entertainment US Latin LLC | Marc Anthony | Cambio De Piel | 727-217 |
| 290 | Sony Music Entertainment US Latin LLC | Marc Anthony | Vivir Mi Vida | 727-217 |
| 291 | Zomba Recording LLC | A Tribe Called Quest | Get A Hold | 218-032 |
| 292 | Zomba Recording LLC | Aaliyah | Age Ain't Nothing But A Number | 293-843 |
| 293 | Zomba Recording LLC | Aaron Carter | I Want Candy | 307-037 |
| 294 | Zomba Recording LLC | Backstreet Boys | All I Have To Give | 260-873 |

| | Plaintiff | Artist | Song Title | SR No./ Application No. |
|---|---|---|---|---|
| 295 | Zomba Recording LLC | Backstreet Boys | Quit Playing Games (With My Heart) | 250-678 |
| 296 | Zomba Recording LLC | Britney Spears | Baby, One More Time | 300-848 |
| 297 | Zomba Recording LLC | Justin Timberlake | Cry Me A River | 356-704 |
| 298 | Zomba Recording LLC | Paradise Lost | One Second | 250-659 |
| 299 | Zomba Recording LLC | R. Kelly | I Believe I Can Fly | 231-941 |
| 300 | Zomba Recording LLC | Usher ft. Shyne, Kanye West & Twista | Confessions Part II: Remix | 359-122 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-957 |
| | ) | |
| | ) | |
| TOFIG KURBANOV, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 15, 2021. The parties have not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and default judgment be entered in favor of the Plaintiffs.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~September~~ October 1 , 2021