# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>KURBANOV, *et al.*,<br><br>        *Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

### NOTICE OF HEARING FOR PLAINTIFFS' REQUEST FOR DAMAGES, A PERMANENT INJUNCTION, AND ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that on Friday, October 29, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will present oral argument in support of their request for damages, a permanent injunction, and attorneys' fees and costs. (ECF No. 131).

Respectfully submitted,

Dated October 5, 2021

/s/ Scott A. Zebrak
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Lucy Grace D. Noyola (*pro hac vice*)
Kellyn M. Goler (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
matt@oandzlaw.com
lucy@oandzlaw.com
kellyn@oandzlaw.com

*Attorneys for Plaintiffs*