UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>KURBANOV, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 1:18-cv-00957-CMH-TCB |

**PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs in the above captioned action certifies that the following is a full and complete list of all Plaintiffs in this action, including any parent corporation and any publicly held corporation that owns ten percent (10%) or more of the stock of a Plaintiff:

　　(a)　　Plaintiff: UMG Recordings, Inc.  Universal Music Group, N.V., a Dutch public limited company, indirectly owns ten percent (10%) or more of UMG Recordings, Inc.

　　(b)　　Plaintiff: Capitol Records, LLC.  Universal Music Group, N.V., a Dutch public limited company, indirectly owns ten percent (10%) or more of Capitol Records, LLC.

　　(c)　　Plaintiff: Warner Records Inc. (f/k/a Warner Bros. Records Inc.).  Warner Records Inc. is indirectly wholly owned by Warner Music Group Corp., a Delaware corporation.  Warner Music Group Corp. is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

　　(d)　　Plaintiff: Atlantic Recording Corporation.  Atlantic Recording Corporation is indirectly wholly owned by Warner Music Group Corp., a Delaware corporation.  Warner

Music Group Corp. is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

(e) Plaintiff: Elektra Entertainment Group Inc.  Elektra Entertainment Group Inc. is indirectly wholly owned by Warner Music Group Corp., a Delaware corporation.  Warner Music Group Corp. is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

(f) Plaintiff: Fueled by Ramen LLC.  Fueled by Ramen LLC is indirectly wholly owned by Warner Music Group Corp., a Delaware corporation.  Warner Music Group Corp. is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

(g) Plaintiff: Nonesuch Records Inc.  Nonesuch Records Inc. is indirectly wholly owned by Warner Music Group Corp., a Delaware corporation.  Warner Music Group Corp. is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

(h) Plaintiff: Sony Music Entertainment.  Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of Sony Music Entertainment.

(i) Plaintiff: Sony Music Entertainment US Latin LLC.  Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of Sony Music Entertainment US Latin LLC.

(j) Plaintiff: Arista Records LLC.  Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of Arista Records LLC.

(k) Plaintiff: LaFace Records LLC.  Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of LaFace Records LLC.

  (l) <u>Plaintiff</u>: Zomba Recording LLC.  Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of Zomba Recording LLC.

Respectfully submitted,

Dated October 13, 2021
    <u>*/s/ Scott A. Zebrak*</u>
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Lucy Grace D. Noyola (*pro hac vice*)
Kellyn M. Goler (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
matt@oandzlaw.com
lucy@oandzlaw.com
kellyn@oandzlaw.com

*Attorneys for Plaintiffs*