UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UMG RECORDINGS, INC. *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:18-cv-957 (CMH/TCB) |
| TOFIG KURBANOV, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter comes before the Court on Plaintiffs' Memorandum in Support of Their Request for Damages, a Permanent Injunction, and Attorneys' Fees and Costs (Dkt. 131), Defendant's Motion in Opposition to Plaintiffs' Request for Damages, a Permanent Injunction, and Attorneys' Fees and Costs (Dkt. 136), and Plaintiffs' Reply Memorandum in Further Support of Their Request for Damages, a Permanent Injunction, and Attorneys' Fees and Costs (Dkt. 137). Upon consideration of the motion and finding oral argument unnecessary, it is hereby

**ORDERED** that the Court will take Plaintiffs' Motion (Dkt. 131) under consideration with a Report & Recommendation to follow; and it is hereby

**ORDERED** that the hearing noticed for Friday, November 12, 2021 is **CANCELLED**.

ENTERED this 8th day of November, 2021.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia