UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UMG RECORDINGS, INC., *et al.*,

    *Plaintiffs*,

v().

TOFIG KURBANOV, *et al.*,

    *Defendants*.

Case No. 1:18-cv-00957-CMH-TCB

## ORDER

This matter comes before the Court on Plaintiffs' Consent Motion for Extension of Time (Dkt. 141). Upon consent of the parties and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion (Dkt. 141) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall have until Thursday, January 20, 2022 to file their response to Defendant's Objections to Magistrate Judge's December 16, 2021 Report and Recommendation as to Damages and Permanent Injunctive Relief.

ENTERED this 5th day of January, 2022.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia