IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-957 |
| | ) | |
| | ) | |
| TOFIG KURBANOV, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 16, 2021 in response to Plaintiffs' Request for Damages, a Permanent Injunction, and Attorneys' Fees and Costs.

On October 1, 2021, this Court granted a Default Judgment in favor of the Plaintiffs. On December 16, 2021, the Magistrate Judge issued a Report and Recommendation recommending that the Court award Plaintiffs statutory damages in the amount of $82,922,500; ruling that Plaintiffs are entitled to reasonable attorneys' fees and costs; and granting injunctive relief.

Based on a *de novo* review of the evidence in this case, the Report and Recommendation, and Defendant Kurbanov's objections, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law; and it is hereby

ORDERED that the Plaintiffs are awarded statutory damages for violations of the Copyright Act of 1976 and the Digital Millennium Copyright Act in the amount of $82,922,500; ORDERED that Plaintiffs are entitled to reasonable attorneys' fees and costs; and

Defendant Kurbanov is enjoined from directly or indirectly infringing in any manner pertaining to Plaintiffs' Copyrighted Works; Defendant Kurbanov is enjoined from directly or indirectly circumventing any and all technological measures that effectively control access to or protect a right of any Plaintiff in any and all of Plaintiffs' Copyrighted Works; Defendant Kurbanov must permanently delete and destroy all electronic copies of any of Plaintiffs' Copyrighted Works or derivate works thereof, that Defendant Kurbanov has in his possession, custody, or control, and all devices by means of which such copies have been created within 30 days of the Court's Order. Defendant Kurbanov shall certify to this Court in a declaration that he has complied with this paragraph; and Defendant Kurbanov shall give notice of the declaration to each of his officers, agents, servants, employees, and attorneys and all those in active concert or participation with him, including, but not limited to, Able Sun Holdings Ltd., Hotger Ltd., Natalia Kyriakidou, Pavel Vasin, Daria Jones, and

Alexandra Dimakos within ten business days following entry of this Order.

                                               /s/ Claude M. Hilton
                                      CLAUDE M. HILTON
                                      UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February _10_, 2022